UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number: 10-60020-CIV-MORENO

MEL KAUFMAN, an individual and on behalf of all
others simiarly situated under 29 U.S.C. 216(b),

     Plaintiff,

vs.

RED COATS, INC. d/b/a ADMIRALTY
SECURITY SERVICES, a District of Columbia
Corp.,

     Defendant.

_____/



CLOSED
CIVIL
CASE

### FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the parties' Notice of Filing Settlement Agreement and Joint Motion for Approval of Same and for Dismissal of Action with Prejudice **(D.E. 14)**, filed **March 22, 2010**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(ii). The Court finds the parties' settlement agreement to be fair and reasonable. The Court shall retain jurisdiction to enforce the terms of the settlement agreement for sixty days from the date of this order. Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of March, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record